## Commonwealth *v.* Davis, Appellant.

Submitted March 13, 1967. *Thomas H. Davis,* appellant, in pro-

pria persona; *Carl G. Wass,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.